UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 29 P 2: 04

US DISTRICT COURT
HARTFORD CT

SCOTT T. LEWIS,
    Petitioner,

v.

COMMISSIONER OF CORRECTION,
    Respondent.

PRISONER
Case No. 3:03cv196 (RNC)

### RULING ON MOTION FOR DEFAULT

The petitioner seeks to default the respondent for failure to plead. On July 31, 2003, the respondent filed a memorandum in response to the petition for writ of habeas corpus. Accordingly, the petitioner's Motion for Default [doc. # 10] is DENIED as moot.

SO ORDERED at Hartford, Connecticut, this 27th of October, 2003.

Donna F. Martinez
United States Magistrate Judge