Scott Lewis

v

Commissioner of Corrections

FILED     Prisoner

2003 NOV 14 P 2:22    3:03 CV 196 (RNC)(DFM)

US DISTRICT COURT
BRIDGEPORT CT

November 7, 2003

## Motion For Physical Examination

Pursuant to the Federal Rules of Civil Procedure, Rule 35, the Petitioner, Scott Lewis, moves for an order compelling the Respondent to subject the Biological (Blood samples, Hair samples, Fingernail Scrappings) Evidence Collected and Introduced as "States Exhibit's RR and QQ1-7" in the underlying Criminal Matter under attack in the above referenced matter, to "DNA Testing".

\* "Oral Argument Requested"

1) In the above captioned matter the Petitioner is challenging the legality of his conviction before this court in three counts.

2) The Petitioner hereby asserts that the results of the requested "DNA TESTS" would help establish his claims before this court.

3) The Petitioner asserts good cause; in that, at the time of his criminal trial, direct appeal and post conviction motions that "DNA TESTING" was NOT MANDATED by CONNECTICUT LAW; thereby the Petitioner had no authority to request such examinations under law.

4) The Petitioner asserts, that under recently passed legislation effective October 1, 2003 - that Connecticut Law Mandates DNA testing.

5) The new Connecticut Law provides the right to seek DNA testing of evidence during the course of thier incarceration, and requires any evidence collected be kept.

6) The new Connecticut Law is retroactive to all currently incarcerated persons and it has been confirmed as of October 27th, 2003 that said evidence at issue is currently on file and in the possession of the Superior Court Clerk's office at 235 Church Street New Haven Connecticut 06511. Jack Zeekan, Chief Clerk (203) 503-6800. The underlying Criminal File is CR6-402583.

7) THE SAID EVIDENCE CONSIST OF THE "KNOWN LIQUID BLOOD SAMPLES OF BOTH VICTIMS AS EXHIBIT RR.

8) THE SAID EVIDENCE CONSIST OF THE "DRIED SUSPECT STAINS AS EXHIBIT QQ1-7.

9) THE EVIDENCE IN QUESTION WAS ONLY SUBJECTED TO ABO BLOOD TYPING. THE ABO BLOOD TYPE WAS FOUND TO BE BLOOD TYPE O. THIS BLOOD TYPE WAS NEEDLY FOUND TO BE CONSISTENT WITH THE KNOWN SAMPLES OF THE VICTIMS IN THIS CASE.

10) THE DRIED STAINS; EXHIBITS QQ1-7 WERE ORIGINALLY LABELED SUSPECT'S BLOOD SAMPLES BY POLICE. HOWEVER, IT WAS TESTIFIED THAT THERE WAS A TYPOGRAPHICAL ERROR AS TO WHO THE BLOOD BELONGED.

11) THE PETITIONER HAS ASSERTED HIS INNOCENCE THROUGHOUT THE COARSE OF HIS PROCEEDINGS.

12) THE PETITIONER ASSERTS THAT "DNA TESTING" WOULD REVEAL THAT THE BLOOD EVIDENCE INTRODUCED AS "EXHIBITS QQ1-7" IS NOT THAT OF THE VICTIMS IN THIS CASE.

13) THE PETITIONER ASSERTS THAT "DNA TESTING" WOULD ALSO REVEAL THAT THE BLOOD IN QUESTION IS NOT THAT OF HIS AND THAT IT WOULD SUPPORT HIS CLAIMS BEFORE THIS COURT.

14) THE PETITIONER ASSERTS THAT THERE WERE "OTHER SUSPECTS" IN THIS CASE AS REFERENCED IN COUNT 3 OF HIS PETITION AND APPENDIX D, A38-A40 IN THE RESPONDENT'S RESPONSE.

15) The testimony in reference to the blood issue can read at the "Transcript of May 4, 1995", Transcript pages 26-56. The criminal trial transcript was provided to this court with the Petitioner's Motion for Summary Judgement filed July 28, 2003 Entry 12 and 13 on the Docket.

16) The Petitioner hereby request this court in the interest of justice; as it is now mandated by law in Connecticut; order that such "DNA Testing" be done for the purposes of determining the issues before this court.

Scott Lewis
Petitioner - Pro Se
900 Highland Ave SB 205
Cheshire, CT 06410

## CERTIFICATION

I, Scott Lewis, certify that a copy of this foregoing motion was mailed to Assistant States Attorney Jo Ann Sulik at 300 Corporate Drive, Rocky Hill, CT 06067 on this 7th day of November 2003.

*Scott Lewis*
Petitioner