Scott T. Lewis
Petitioner

v.

Commissioner of Correction
Respondent

FILED
2003 JUL 28 P 5:08
US DISTRICT COURT
BRIDGEPORT CT

Case No. 3:03cv196(RNC)(JFM)

## Motion For Summary Judgement

This motion is brought pursuant to Federal Rules of Civil Procedure Rule 56 and Local Civil Rule 9(c), by the Petitioner, Scott T. Lewis.

---

December 22, 2003.   Lewis v. Commissioner of Correction, 3:03cv00196 (RNC)

Re: Motion for Summary Judgment [Doc. #12]

Petitioner has filed a document entitled "Motion for Summary Judgment." He claims that he is entitled to summary judgment because of respondent's failure to submit a timely response to his petition for habeas corpus. The court construes petitioner's motion as a motion for a default judgment. Respondent filed an answer to the petition on July 31, 2003. Respondent having answered the petition, and no default having been entered against respondent, the motion is hereby denied.

So ordered.

Robert N. Chatigny, U.S.D.J.