SCOTT LEWIS

FILED                    PRISONER

V

COMMISSIONER OF CORRECTIONS    2003 NOV 14 P 2: 2½    3.03 CV 196 (RNC) (JFM)

US DISTRICT COURT
BRIDGEPORT CT

NOVEMBER 7, 2003

ON FOR PHYSICAL EXAMINATION

THE FEDERAL RULES OF CIVIL PROCEDURE,

PETITIONER, SCOTT LEWIS, MOVES FOR

PELLING THE RESPONDENT TO SUBJECT

(BLOOD SAMPLES, HAIR SAMPLES, FINGERNAIL SCRAPINGS)

CTED AND INTRODUCED AS "STATE'S EXHIBITS"

IN THE UNDERLYING CRIMINAL MATTER

THE ABOVE REFERENCED MATTER, TO "DNA

"REQUESTED"

---

(sideways text, left margin:)

**February 13, 2004.**  Lewis v. Commissioner of Correction, 3:03CV196 (RNC)

Re:  Petitioner's Motion for Physical Examination [Doc. #20]

Denied.  The court construes petitioner's motion as a motion for leave to conduct discovery under Fed. R. S 2254 Cases 6(a).  This motion requests discovery that would not support any of the claims for relief raised in petitioner's habeas application.  Thus, petitioner has not shown the requisite good cause.

So ordered.

Robert N. Chatigny, U.S.D.J.

(stamp:) FILED 2003 ... 23 P 1:3b ... COURT ... ORD. CT.