Scott Lewis

V

Commissioner of Corrections

PRISONER

JUL 1 5 2004

FILED

2004 AUG -5 P 5:14

U.S. DISTRICT COURT

3:03 CV 196 (RNC)
(DFM)

MARCH 17, 2004

"Motion For Assignment of Case"

For Trial

Pursuant to Rule 40 of the Federal Rules of civil Procedure; the Petitioner, Scott Lewis Now Moves the Honorable court; Chief Judge Robert N. Chatigny to Assign the Above captioned Case for Trial.

1) The Petitioner Filed This Instant Petition For Habeas Corpus on January 29, 2003.

2) THE HONORABLE COURT THEREAFTER ISSUED A ORDER TO SHOW CAUSE UPON THE RESPONDENT, DATED April 11, 2003.

3) THE RESPONDENT THEREAFTER FILED AN ANSWER TO THE COURT ON July 31, 2003.

4) THE PETITIONER THEREAFTER FILED A REPLY TO THE RESPONDENTS ANSWER FILED AUGUST 13, 2003.

5) THE PETITIONER NOW REQUEST THAT THE MATTER BE SET FOR TRIAL.

Scott Jennings
PETITIONER - PRO'SE
900 HIGHLAND AVE
CHESIRE, CT 06410

CERTIFICATION

I, SCOTT LEWIS, CERTIFY THAT A COPY OF THE FOREGOING MOTION WAS MAILED THIS 17th DAY OF MARCH 2004 TO: JO ANNE SULIK, OFFICE OF THE CHIEF STATE'S ATTORNEY 300 CORPORATE PLACE, ROCKY HILL, CT 06067.

Scott Lewis
PRO SE - PETITIONER