Scott Lewis

vs

Commissioner of
Corrections

FILED PRISONER

2004 AUG -5 P 5:12

No. 3:03 CV 196 (RNC)(CFM)

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## Notice to the Court

The court returned the enclosed "Motion for the Assignment of Case for Trial", filed July 15, 2004; pursuant to an order, finding the deficiency of the certificate of service as to; (Carolyn K. Longstreth), I re-submit the motion.

The court should note that (Carolyn K. Longstreth) is NOT counsel for the petitioner in the above matter. Mrs. Longstreth appeared on behalf of the Commissioner. However, Jo Anne Sulik filed an appearance in place of Carolyn K. Longstreth on behalf of the Commissioner, dated June 13, 200

## Certification

I, Scott Lewis, certify that a copy of the foregoing notice was mailed this 30th day of July 2004 to: Jo Anne Sulik, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067.

Scott Lewis
Pro Se - Petitioner

SEE DOCKET NUMBER [5]. THEREFORE, CAROLYN K. LONGSTRETH IS NO LONGER A PARTY FOR THE COMMISSIONER IN THIS MATTER. THE PETITIONER IS PRO SE

THE COURT SEEMS TO HAVE MISTAKEN THE APPEARANCE OF CAROLYN K. LONGSTRETH IN THIS MATTER AS A PARTY FOR THE PETITIONER.

THEREBY, THE MOTION FOR THE ASSIGNMENT OF CASE FOR TRIAL IS IN COMPLIANCE AND WAS PROPERLY MAILED TO COUNSEL FOR THE COMMISSIONER ON MARCH 17, 2004.

PETITIONER
Scott Lewis   137682
PRO SE
900 HIGHLAND AVE
CHESIRE, CT 06410