Scott Lewis

v

Commissioner of Correction

24

**FILED**

3:03 cv 196 MC (RNC) (NSM)

2004 MAR 23  A 8: 24

U.S. DISTRICT COURT
BRIDGEPORT, CONN

March 17, 2004

Prisoner

" Motion For Assignment of Case "
For Trial

Pursuant To Rule 40 of The Federal Rules of
Civil Procedure; The Petitioner, Scott Lewis Now
Moves The Honorable Court; Chief Judge Robert
N. Chatigny  To Assign The Above Captioned
Case For Trial.

**March 30, 2005.**          <u>Lewis v. Comm'r</u>
                             3:03CV00196 (RNC)

Re:  Plaintiff's Motion for Assignment of Case for Trial (Doc. #24).

Denied as moot in light of plaintiff's resubmission of the motion (Doc. #
25).

                        Robert N. Chatigny, U.S.D.J.