Scott Lewis

v

Commissioner of Corrections

25

PETITIONER

JUL 15 2004

FILED

2004 AUG -5 P 5:14

U.S. DISTRICT COURT

3:03 cv 196 (RNC)
(DFM)

MARCH 17, 2004

"Motion for Assignment of Case"

For Trial

Pursuant to Rule 40 of the Federal Rules of Civil Procedure; the Petitioner, Scott Lewis now moves the Honorable Court; Chief Judge Robert N. Chatigny to assign the above captioned case for trial.

---

March 30, 2005.   Lewis v. Comm'r
                  3:03CV00196 (RNC)

Re: Plaintiff's Motion for Assignment of Case for Trial (Doc. # 25).

Treating the motion as a request for an evidentiary hearing, the motion is denied. The pro se petitioner offers no reason why an evidentiary hearing would be necessary and does not allege a failure to develop the factual basis of any claim in state court. See 28 U.S.C. § 2254(e)(2). The court is satisfied that the current record is sufficient to resolve the merits of the petition.

Robert N. Chatigny / U.S.D.J.