UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|                          |   |                              |
|--------------------------|---|------------------------------|
|                          | : | PRISONER                     |
| SCOTT T. LEWIS,          | : | CASE NO.  3:03CV196(RNC)(DFM)|
|         Petitioner       | : |                              |
|                          | : |                              |
| v.                       | : |                              |
|                          | : |                              |
| COMMISSIONER OF CORRECTION,| : | OCTOBER 27, 2006           |
|         Respondent       | : |                              |

MOTION FOR ENLARGEMENT OF TIME
NUNC PRO TUNC
WITHIN WHICH TO COMPLY WITH
THE COURT'S ORDER FOR SUPPLEMENTAL BRIEFING

Pursuant to Rule 7(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time, nunc pro tunc, to **October 30, 2006** to file the respondent's response to this Court's request for supplemental briefing [Doc. # 30].[1] The respondent's memorandum was due on October 14, 2006 and the respondent moved for an extension of time to October 27, 2006.  This is the respondent's second motion for extension of time.  *The memorandum in question accompanies this motion.*[2]  The petitioner is appearing *pro se* in this matter and, therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

----

[1]     The respondent assumes that this motion and the memorandum of law will arrive at the Clerk's Office, via First Class, U.S. Mail, on October 30, 2006.

[2]     Although the accompanying memorandum has been completed, counsel for the respondent has been unable to arrange to have it delivered to the Court in Bridgeport.

1.      The undersigned counsel has been assigned to prepare the respondent's supplemental memorandum as requested in this Court's order [Doc # 30].

2.      Today, October 27, 2006, I am filing the respondent's answer in response to the Court's scheduling order in the habeas corpus matter of *Alexander Lacks v. Warden Michael P. LaJoie,* Case No. 3:05CV1349(MRK), United States District Court, District of Connecticut.

3.      On October 12, I represented the respondent at the state habeas corpus trial in *Victor Stagnitta v. Warden, State Prison,* Docket No. CV05-4000656, Superior Court in the judicial district of Tolland.  On October 11, 2006, I completed and filed a motion to dismiss and supporting memorandum of law in response to the Court's order to show cause in the habeas corpus matter of *Earl Gene Grant v. Warden Jeffrey McGill,* Case No. 3:06CV1063(RNC)(DFM), United States District Court, District of Connecticut. On September 26, 2006, I completed and filed an answer and memorandum of law in response to the Court's order to show cause in the habeas corpus matter of *Willie H. Drakeford v. Commissioner Theresa Lantz,* Case No. 3:05CV1062(AVC)(TPS), United States District Court, District of Connecticut.  On September 14, 2006, I completed and filed an answer to the Court's order to show cause in the habeas corpus matter of *Adam Duperry v. Thomas A. Kirk, Jr.,* Case No. 3:06CV951(SRU), United States District Court, District of Connecticut.

4.      Due to these and other considerations, the respondent hereby moves this court for an enlargement of time to **October 30, 2006**, to file its response in the above-captioned matter.

Respectfully Submitted,

RESPONDENT–COMMISSIONER OF CORRECTION


By:   ___/s/_____

JO ANNE SULIK
Senior Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
E-mail: JoAnne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122


## CERTIFICATION

I hereby certify that a copy of this motion was mailed to Scott T. Lewis, # 137682

MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut, 06080,

on October 27, 2006.


___/s/_____

JO ANNE SULIK
Senior Assistant State's Attorney