UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SCOTT T. LEWIS
                                                PRISONER
   v.                            Case No. 3:03CV196(RNC) (DFM)

COMMISSIONER OF CORRECTION

RULING AND ORDER

The respondent seeks an extension of time until October 27, 2006 and a further extension of time until October 30, 2006, to file a response to the court's order to submit a supplemental brief in opposition to the petition for writ of habeas corpus. The Motions for Extension of Time [**docs. ## 32, 33**] are **GRANTED** nunc pro tunc.

The petitioner seeks to default the respondent for failure to comply with the court's order to file a supplemental brief in opposition to the petition for writ of habeas corpus. In view of the order granting respondent's request for extension of time to file a supplemental brief, the Motion for Default [**doc. # 31**] is **DENIED**. The respondent filed her supplemental brief on October 30, 2006.

**SO ORDERED** this 8th day of January, 2007, at Hartford, Connecticut.

                                           /s/ Donna F. Martinez
_____
                                           DONNA F. MARTINEZ
                                           UNITED STATES MAGISTRATE JUDGE