Scott Lewis

v

Commissioner of Corrections

FILED  PRISONER
2006 APR -7 P 4:04
U.S. DISTRICT COURT
BRIDGEPORT, CO...  March 30, 2006

FILED
3:03 cv 196 I(RNC)(DFM)
2007 MAR 29 A 10:24
U.S. DISTRICT COURT
HARTFORD, CT.

Emergency Motion For A Request
An Evidentiary Hearing And Speedy
Relief In The Interest Of Justice.

Pursuant to 28 U.S.C Section 2254(e)(2)(b), the Petitioner, Scott Lewis, now moves this Honorable Court, Chief Robert N. Chatigny, for an Emergency Evidentiary Hearing alleging the following;

1) The Petitioner asserts the failure to develop a predicate factual basis in state court concerning count three of his federal petition.

2) The Petitioner alleges the failure and the state's knowingly use of false

---

March 28, 2007.    Lewis v. Comm'r
                   3:03-CV-196 (RNC)

Re: Petitioner's Emergency Motion for an Evidentiary Hearing and Speedy Relief in the Interest of Justice (Doc. # 29)

Denied. Petitioner moves for an evidentiary hearing pursuant to 28 U.S.C. § 2254(e)(2) alleging that he was unable to develop a factual predicate in state court for the claim in count three of the petition. The court is satisfied that the present record is sufficient for purposes of resolving this claim. Accordingly, the motion is hereby denied. So ordered.

Robert N. Chatigny, U.S.D.J.