Scott T. Lewis

v.

Commissioner of Corr.

FILED
2009 FEB 20 P 3:32
DISTRICT COURT

Prisoner

Case No. 3:03 CV 196 (RNC)

February 17, 2008

"Motion for Order of Default and Judgement"

Pursuant to the Federal Rules of Civil Procedure, Rule 55, the Petitioner, Scott Lewis moves for Judgement by Default.

<u>Basis</u>

On September 23, 2008, this Court, the Honorable District Court Judge Robert N. Chatigny ordered:

(1)

that the Respondent file, on or before November 3, 2008, "A complete transcript of the State Habeas Trial, before Honorable Judge Howard Zoarski. Those Trial dates were June 20th 2001, July 2, 2001, July 6, 2001 and July 27, 2001.

ARGUMENT

The Respondent filed a Motion for Enlargement of time to January 2, 2009 to Comply with this Court Order. This Court [granted] said Motion November 25, 2008.

The Respondent has now FAILED to comply with the courts order [TWICE] since the original order issued on September 23, 2008. Furthermore, the Respondent has NOT moved for another enlargement of time since it "missed last request" of January 2, 2009.

## Relief

The Petitioner request that a default order and grant the Petitioner an evidentiary hearing to present the relevant evidence to the court.

PETITIONER

*Scott Lewis*

## CERTIFICATION

I CERTIFY THAT A COPY OF THE FOREGOING MOTION WAS MAILED TO JO ANNE SULIK, AT THE OFFICE OF THE CHIEF STATES ATTORNEY, 300 CORPORATE PLACE THIS 18TH DAY OF FEBRUARY 2009.

*Scott Lewis*

(4)