UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | **PRISONER** |
| **SCOTT T. LEWIS,** | : | CASE NO.  3:03CV196(RNC) (DFM) |
| *Petitioner* | : | |
| | : | |
| V. | : | NOTICE OF MANUAL FILING |
| | : | |
| **COMMISSIONER OF CORRECTION,** | : | |
| *Respondent* | : | FEBRUARY 18, 2009 |

Please take notice that respondent has manually filed the following document:

Transcript of State Habeas Court Proceedings of July 6, 2001

This document has not been filed electronically because

[ X ]   the document or thing cannot be converted to an electronic format
[ ]     the electronic file size of the document exceeds 5 MG
[ ]     Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document has been manually served on all parties.

Respectfully submitted,

RESPONDENT–COMMISSIONER OF CORRECTION

By:     /s/
JO ANNE SULIK
Senior Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
E-mail: Joanne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this document was mailed to Scott T. Lewis, # 137682, MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut 06080, on February 18, 2009.

/s/
JO ANNE SULIK
Senior Assistant State's Attorney