HONORABLE Chatigny
DEPUTY CLERK Walker     RPTR/ERO/TAPE Warner

TOTAL TIME: ___ hours 10 minutes

DATE 3/6/09     START TIME 11:05am    END TIME 11:15pm
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Scott Talmadje Lewis       CIVIL NO. 3:03CV196(RNC)        Scott Lewis (pro se)
                                                           Plaintiffs Counsel
vs.                                  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
                                                           JoAnne Sulik
Commissioner of Correction                                 Defendants Counsel
                                                           Santorio (St. Court Reporter)

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☒ Miscellaneous Hearing

Telephone Status Conference

MOTION DOCUMENT NO.

☒ #49  Motion for Extension of Time until 3/31 to produce transcripts (re 41)   ☒ granted ☐ denied ☐ advisement