**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| | | **PRISONER** |
| **SCOTT T. LEWIS,** | **:** | **CASE NO.  3:03CV196(RNC)(DFM)** |
| **Petitioner** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **COMMISSIONER OF CORRECTION,** | **:** | **MARCH 30, 2009** |
| **Respondent** | **:** | |

**<u>RESPONDENT'S NOTICE OF COMPLIANCE WITH COURT ORDER</u>**

NOW COMES the respondent and files the transcripts of the petitioner's 2001 state habeas trial in compliance with the Court's order [Doc. # 41] to file "a complete transcript of the habeas trial."  The petitioner's state habeas trial was held over the course of five days:  June 20, 2001, July 5, 6, and 27, 2001, and August 2, 2001.  The respondent has received these transcripts from the court reporters and now files copies of them with this Court.

Respectfully submitted,

RESPONDENT--COMMISSIONER OF CORRECTION

By:   _____
JO ANNE SULIK
Senior Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (fax)
Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this notice and the accompanying transcripts were mailed to Scott T. Lewis, # 137682, MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut 06080, on March 30, 2009.

_____
JO ANNE SULIK
Senior Assistant State's Attorney