# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | : | **PRISONER** |
| **SCOTT LEWIS,** | : | **CASE NO.  3:03CV196(RNC)(DFM)** |
| *Petitioner* | : |  |
|  | : |  |
| **V.** | : | **NOTICE OF MANUAL FILING** |
|  | : |  |
| **COMMISSIONER OF CORRECTION,** | : |  |
| *Respondent* | : | **MARCH 30, 2009** |

Please take notice that respondent has manually filed the following documents:

All Transcripts of State Habeas Trial

These documents have not been filed electronically because

[ X ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 5 MG
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

RESPONDENT–COMMISSIONER OF CORRECTION

By:    /s/
JO ANNE SULIK
Senior Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
E-mail: Joanne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122

## CERTIFICATION

I hereby certify that a copy of this document was mailed to Scott T. Lewis, # 137682,

MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut 06080,

on March 30, 2009.


_____/s/_____
JO ANNE SULIK
Senior Assistant State's Attorney