Civil (April 12, 2004)

HONORABLE **Chatigny**
DEPUTY CLERK **Walker**    RPTR/ERO/TAPE **Warner**

TOTAL TIME: **1** hours **15** minutes

DATE **9/16/09**    START TIME **2:00pm**    END TIME **3:15pm**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Scott Lewis**

vs.

**Commissioner of Correction**

CIVIL NO. **3:03CV196 (RNC)**

**Pro Se**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
**Joanne Sulik**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☒ Miscellaneous Hearing - **Telephone Status Conference**

MOTION DOCUMENT NO.

☒ Oral Motion **by Petitioner for copies of transcripts** _crim. trial_  ☒ granted
☐ Oral Motion **(State agrees to supply copies)**

**habeas**
☒ **Court will appoint experienced CJA counsel for petitioner.**

☒ **State's supp brief due: 11/16/09**
☒ **Petitioner's reply due 30 days after State's submission**
**12/16/09.**