```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

SCOTT T. LEWIS,                        :

    Petitioner,                        :

V.                                     :         Case No. 3:03-CV-196(RNC)

COMMISSIONER OF CORRECTION,            :

    Respondent.                        :

<u>ORDER APPOINTING COUNSEL</u>

Pursuant to 28 U.S.C. § 2254(h), Attorney Brett Dignam is hereby appointed to represent the petitioner in this habeas corpus action.

The Court finds that exceptional circumstances warrant the appointment of Attorney Dignam and therefore orders that she be admitted to the Criminal Justice Act Panel pro hac vice for purposes of this case.

The Clerk will transmit a copy of this order to the petitioner, respondent's counsel, and Attorney Dignam.

So ordered this 14th day of November 2009.

                                                    _____/s/ RNC_____
                                                    Robert N. Chatigny, U.S.D.J.