# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SCOTT TALMADGE LEWIS, PETITIONER

VS.

COMMISSIONER OF CORRECTION,
RESPONDENT

APPEARANCE

CASE NUMBER:    3:03 CV 196 (RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:    SCOTT LEWIS

November 23, 2009
**Date**

ct 00283
**Connecticut Federal Bar Number**

203-432-4800
**Telephone Number**

203-432-1426
**Fax Number**

brett.dignam@yale.edu
**E-mail address**

*/s/ Brett Dignam*
**Signature**

Brett Dignam
**Print Clearly or Type Name**

Yale Law School, P.O. Box 209090, New Haven, CT
**Address**                                              06520-9090

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Carolyn K. Longstreth, Chief State Attorney Office
300 Corporate Place
Rocky Hill, CT 06067

Jo Anne Sulik
Chief State Attorney Office, Civil
Litigation Bureau
300 Corporate Place
Rocky Hill, CT 06067

*/s/ Brett Dignam*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001