```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

SCOTT T. LEWIS,                  :
                                 :
          Petitioner,            :
V.                               :
                                 :  CASE NO. 3:03-CV-196 (RNC)
COMMISSIONER OF CORRECTION,      :
                                 :
          Respondent.            :
                                 :
```

ORDER

Respondent's motion for extension of time [doc #61] is hereby granted. Petitioner's request for sanctions is noted. No sanctions will be imposed at this time.

So ordered this 11th day of February, 2010.

                                                 /s/
                                   Robert N. Chatigny
                           United States District Judge