UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT TALMADJE LEWIS, | : |
| | : |
| *Petitioner* | : |
| | : CASE NO. 3:03CV196 (RNC)(DFM) |
| vs. | : |
| | : |
| COMMISSIONER OF CORRECTION, | : FEBRUARY 21, 2010 |
| | : |
| *Respondent*. | : |

**Petitioner's Unopposed Motion for an Extension of Time to File Supplemental Briefing**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the Petitioner moves for an enlargement of time to March 12, 2010 in order to file a response to the Respondent's Second Supplemental Memorandum of Law. This is Petitioner's second motion for an extension of time for this response. This motion is based on the following facts:

1. Respondent filed its supplemental brief on December 16, 2009, with Petitioner's response due thirty days thereafter.

2. Petitioner's first request for an extension of time until February 22, 2010 was granted on December 23, 2009.

3. As discussed in Respondent's brief, a complete record of exhibits entered at the state habeas trial at issue cannot be located.

4. Despite diligent efforts, Petitioner's counsel has been unable to recover a full set of exhibits. Of particular note, counsel has been unable to locate a complete transcript of Detective Sweeney's testimony; that testimony was marked as

Exhibits 12 and 13 at state habeas trial and is central to the issues raised by Respondent.

5. Respondent's counsel and Petitioner's counsel are scheduled to meet on February 26, 2010 in an effort to review documents believed to have been marked as trial exhibits and to stipulate to these reconstructed exhibits. Locating the exhibits and providing the Court with a complete record is necessary in order to fully and fairly respond to Respondent's arguments.

6. Respondent's counsel consents to the granting of this motion.

WHEREFORE, Petitioner requests an extension of time until March 12, 2010 to respond to Respondent's Second Supplemental Memorandum filed on December 16, 2009.

Respectfully submitted,

\_\_\_\_\_/s/_____
Brett Dignam, Esq., Federal bar No.ct 00283
Sara Edelstein, Law Student Intern
Emily Washington, Law Student Intern
Anjali Srinivasan, Law Student Intern
Jerome N Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2010 a copy of the foregoing was filed electronically. The following counsel will be notified of the filing and will have access to the foregoing via the Court's electronic filing system:

Jo Anne Sulik
Chief State Attorney Office, Civil Litigation Bureau
300 Corporate Place
Rocky Hill, CT 06067

     /s/ Brett Dignam_
Brett Dignam, Esq., Federal bar no. ct 00283
Jerome N Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
203-432-4800