# EXHIBIT

# A

Case 3:03-cv-00196-CSH   Document 75-1   Filed 03/28/10   Page 1 of 2

**HABEAS**

# LIST OF EXHIBITS
JD-CL-28 Rev. 3-94

**STATE OF CONNECTICUT
SUPERIOR COURT**

COURT:
- ☐ G.A. No. ___
- ☑ JUDICIAL DISTRICT OF: New Haven
- ☐ HOUSING SESSION
- AT (Town): New Haven

NAME OF CASE: Lewis v. Warden - Cheshire

NAME OF JUDGE: Howard Zoarsk

NAME OF COURT REPORTER: Jacquelyn Gontarek Court

DOCKET NO.: CV99-0424021

## PLAINTIFF'S EXHIBITS

| # | Description |
|---|---|
| ID 1 | Police Report |
| # 2 | Newspaper Article - 11/12/00 |
| # 3 | FBI Report by Archie Stone - 3/25/96 |
| ID 4 | FBI Report by Brian Donnelly - 10/24/96 |
| ID 5 | Letter by Ovil Ruiz - 8/24/19 |
| ID 6 | FBI Report by Brian Donnelly - 2/22/96 |
| ID 7 | FBI Report by Brian Donnelly - 9/19/96 |
| # 8 | Letter from Mike Lux to Ovil Ruiz - 5/18/42 |
| ID 9 | FBI Report by Brian Donnelly - 3/15/96 |
| # 10 | Arrest warrant of Ovil Ruiz - 1/10/91 |
| # 11 | FBI report by Brian Donnelly - 9/25/96 |
| # 12 | Transcript - Morant v. State - 10/25/99 |
| # 13 | Transcript - Morant v. State - 10/26/99 |
| # 14 | Trial transcript |
| # 15 | Probable Cause transcript |
| # 16 | Letter to mental health by Ovil Ruiz - 5/28/91 |

## DEFENDANT'S EXHIBITS

| # | Description |
|---|---|
| A | Shaw murder police report - 12/28/95 |