UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCOTT T. LEWIS, | : | PRISONER |
| Petitioner | : | CASE NO. 3:03CV196(RNC)(DFM) |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF CORRECTION, | : | APRIL 29, 2010 |
| Respondent | : | |

MOTION TO CONTINUE ORAL ARGUMENT
CURRENTLY SCHEDULED FOR MAY 5, 2010

NOW COMES the respondent and moves this Court to continue the oral argument presently scheduled for May 5, 2010 to a date mutually acceptable to both parties. The currently scheduled argument conflicts with the undersigned attorney's obligations to represent the respondent at a trial that has been scheduled for several months. That schedule sets the trial for May 3 through 7, 2010 in the matter of *Richard Lapointe v. Warden, State Prison*, Docket No. CV02-08180542, in the Superior Court in the judicial district of Tolland. The undersigned attorney has contacted petitioner's counsel, Attorney Brett Dignam. Attorney Dignam objects to the granting of this motion and notes that the students working on this case will be unavailable if a continuance is granted.[1]

The grounds for this motion are:

1.  In January 2003, the petitioner initiated the instant habeas proceeding.

---

[1] Contact with Chambers revealed that the Court is presiding over a hearing scheduled for the entire week of May 10 through 17, 2010.

2. In May 2003, Senior Assistant State's Attorney Carolyn K. Longstreth of the Office of the Chief State's Attorney was assigned to respresent the Commissioner of Correction and filed her appearance.

3. Shortly thereafter, Attorney Longstreth accepted an offer of early retirement. She now resides in California.

4. On June 12, 2003, the undersigned filed her appearance in this matter and has represented the respondent since that time. As a result, I am the only attorney familiar with the instant federal habeas action.

5. The undersigned currently is scheduled to represent the respondent at a trial commencing May 3, 2010 and continuing through May 7, 2010 in the matter of *Richard Lapointe v. Warden, State Prison*, Docket No. CV02-0818542. I first became involved in this case in 1997 when I filed an appearance in a prior state habeas action brought by Lapointe. *Richard Lapointe v. Warden,* Docket No. CV97-0571161, Superior Court in the judicial district of Hartford. Thereafter, in 2002, Lapointe filed a second habeas petition and that petition was given docket number CV02-0818542. Again, I was assigned to handle that matter and I represented the respondent at the trial held in July 2007 as well as on appeal to the Connecticut Appellate Court. The Appellate Court affirmed the state habeas court's judgment in part and reversed in part. *Lapointe v. Commissioner of Correction*, 113 Conn. App. 378 (2009). It then remanded the matter for further proceedings. Lapointe was permitted to amend his petition and add new claims. The retrial is scheduled to commence on May 3, 2010 and continue through May 7, 2010. Numerous witnesses--including experts in the fields of arson, crime scene reconstruction,

and DNA--are scheduled to testify.  Supervisory Assistant State's Attorney Michael E. O'Hare also is representing the respondent in the Lapointe matter.[2]  Given the volume of work associated with that case, however, we have divided the responsibilities.  Thus, he is not necessarily familiar with the issues for which I am responsible.

6. Given my long-standing commitment to try a complicated case on May 3 through 7, 2010, I will be unable to prepare for, and present argument on, the instant petition on May 5, 2010.  If this motion is not granted, my attention will be divided and I will be unable to properly represent the respondent at either of these proceedings.

---

[2] Senior Assistant State's Attorney Angela R. Macchiarulo and Assistant State's Attorney Michael Proto also have filed appearances in the Lapointe matter. Attorney Macchiarulo's participated in the 2007 trial but her role was limited to a medical issue that is not relevant to next week's trial.  She has not been involved in the Lapointe matter since July 2007.  Attorney Proto was selected to assist in the Lapointe case but, shortly after he filed his appearance, it became obvious that the volume of work already assigned to him would prohibit his participation.  Thus, he never became familiar with the matter.

For the reasons set forth in this motion, the respondent requests a continuance of the oral argument currently scheduled for Wednesday, May 5, 2010.

    Respectfully Submitted,

    RESPONDENT–COMMISSIONER OF CORRECTION

By:   /s/
JO ANNE SULIK
Senior Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
E-mail: JoAnne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this motion is being mailed to Attorney Brett Dignam, The Jerome N. Frank Legal Services Organization, Yale Law School, P.O. Box 209090, New Haven, Connecticut 06520-9090, (203) 432-4800, on April 29, 2010.


    /s/
JO ANNE SULIK
Senior Assistant State's Attorney