## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCOTT TALMADJE LEWIS, | : | |
| | : | CASE No. 3:03-cv-196 (CSH) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF CORRECTION, | : | **MAY 3, 2013** |
| | : | |
| Respondent. | : | |

## DISCOVERY ORDER

Pursuant to Rules 6(a) and 6(b) of the Rules Governing Section 2254 Cases, the Court finds that Petitioner has established good cause for further discovery, and orders disclosure of the following items:

A. The State's Attorney's answers to the Third Interrogatories (attached as Exhibit 1).

B. The New Haven Police Department's answers to the Fourth Interrogatories (attached as Exhibit 2).

It is SO ORDERED.

Dated: New Haven, Connecticut
May 3, 2013

                                         */s/Charles S. Haight, Jr.*
                                         CHARLES S. HAIGHT, JR.
                                         Senior United States District Judge