The following list prioritizes Petitioner's requested discovery from the NHPD. The requested items are divided into the following categories: Highest Priority, High Priority, Medium Priority, and Lower Priority. All of these materials are relevant to Petitioner's claims, and good cause has been demonstrated for their discovery, but if it is necessary to expedite production of certain materials, Petitioner requests that the Highest Priority and High Priority items be produced first.

### Highest Priority

1. The New Haven Police Department's answers to the Second Interrogatories.

2. The New Haven Police Department's answers to the Fourth Interrogatories.

3. Any and all records documenting or assessing Frank Graham's role as a registered confidential informant of the NHPD.

4. The NHPD files pertaining to the investigation of the murder of Jacqueline Shaw on October 12, 1990, particularly any and all statements made by Ovil Ruiz, a.k.a. Augustin Castro, in connection with that investigation.

### High Priority

5. Any and all statements given by Ovil Ruiz, a.k.a. Augustin Castro, in conjunction with any NHPD investigations prior to Ruiz's trial testimony on April 27, 1995.

6. Internal Affairs investigation(s) of Vincent Raucci, including any and all investigations begun before May 10, 1995.

### Medium Priority

7. Any and all diaries, phonebooks, datebooks, agendas, and calendars, along with their contents and any I.D. cards or loose sheets of paper, as well as any phone numbers or other information retrieved from electronic devices, that were seized from 634 Howard Avenue as part of NHPD Investigation No. 112567.

8. The NHPD files pertaining to the Javier Torres shooting investigation, No. 136351, including any and all statements (encompassing but not limited to statements made by

1

Jose Aponte, Javier Torres, Victor Rosario, Jose Fret, and Ovil Ruiz, a.k.a. Augustin Castro), and any and all audiotapes of those statements.

9. The NHPD files pertaining to the Turner/Fields homicide investigation, No. 112567, including any and all audiotapes of statements taken and other audiotaped recordings made as part of that investigation and notes taken by Detective Raucci during pre-taping witness interviews in that investigation.

### Lower Priority

10. Any and all documents provided by the New Haven Police Department (NHPD) to the F.B.I. in conjunction with FBI Case No. 194C-NH-32550.

11. Any and all documents made available to the New Haven Police Department in conjunction with the FBI investigation detailed in the Report of Investigation for FBI Case No. 194C-NH-32550.